IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 06-cv-02480-RPM

CATHERINE A. GANT and
HAROLD D. GANT,

    Plaintiff,

vs.

JUSTIN MECKLIN;
CHERYL LOVELAND, and
ST. LUKE'S METHODIST CHURCH OF LUBBOCK TEXAS
a/ka ST. LUKE'S UNITED METHODIST CHURCH OF LUBBOCK TEXAS,

    Defendants.

---

ORDER SETTING SCHEDULING CONFERENCE

---

    Pursuant to D.C.COLO.LCivR 16, it is

    ORDERED that a scheduling conference will be held on **January 31, 2007, at 10:30 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges frame.htm** (Judge Richard P. Matsch Procedures) and use the format provided with those instructions. Proposed orders are to be double-spaced. In addition, an original and one copy (paper) of the proposed Scheduling Order shall be submitted directly to chambers by **January 25, 2007.**

    Dated: December 18th, 2006

                                    BY THE COURT:

                                    s/Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior District Judge