IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02480-RPM-CBS

CATHERINE A. GANT and HAROLD D. GANT,

    Plaintiffs,

v.

JUSTIN MECKLIN; CHERYL LOVELAND, and
ST. LUKE'S METHODIST CHURCH OF LUBBOCK TEXAS
a/k/a ST. LUKE'S UNITED METHODIST CHURCH OF
LUBBOCK TEXAS,

    Defendants.

---

### ORDER RE:  UNOPPOSED MOTION FOR INDEPENDENT MEDICAL EXAMINATION

---

THE COURT, having reviewed Defendant's Unopposed Motion for Independent Medical Examination, and being advised in the premises, does hereby order as follows:

1.    Defendant's Unopposed Motion for Independent Medical Examination is GRANTED and Plaintiff Catherine Gant shall appear for such independent medical examination, and to cooperate in such examination scheduled for July 16, 2007 at 11:00 a.m. with Dr. I. Stephen Davis at his office located at 2460 W. 26th Avenue, Suite 230, Denver, Colorado 80231.

DATED: June 15th, 2007.

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior Judge