IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02480-RPM

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 1 1 2007

GREGORY C. LANGHAM
CLERK

CATHERINE A. GANT and HAROLD D. GANT,

  Plaintiffs,

v.

JUSTIN MECKLIN; CHERYL LOVELAND, and
ST. LUKE'S METHODIST CHURCH OF LUBBOCK TEXAS
a/k/a ST. LUKE'S UNITED METHODIST CHURCH OF
LUBBOCK TEXAS,

  Defendants.

## ORDER RE: JOINT STIPULATION

THE COURT, having reviewed the Joint Stipulation, and being advised in the premises, does hereby order as follows:

1. The Joint Stipulation is approved as an order of the Court and the discovery cutoff is extended until October 15, 2007; and

2. Plaintiffs' deadline for disclosure of expert opinions is extended until November 15, 2007; and

3. Defendants' expert disclosure deadline is December 15, 2007.

Dated this 11 day of July, 2007.

BY THE COURT:

Richard P. Matsch, Senior Judge