IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02480-RPM

CATHERINE A. GANT and HAROLD D. GANT,

    Plaintiffs,

v.

JUSTIN MECKLIN; CHERYL LOVELAND, and
ST. LUKE'S METHODIST CHURCH OF LUBBOCK TEXAS
a/k/a ST. LUKE'S UNITED METHODIST CHURCH OF
LUBBOCK TEXAS,

    Defendants.

## ORDER RE: SECOND AMENDED UNOPPOSED MOTION FOR INDEPENDENT MEDICAL EXAMINATION

THE COURT, having reviewed Defendant's Second Amended Unopposed Motion for Independent Medical Examination, and being advised in the premises, does hereby order as follows:

1.    Defendant's Second Amended Unopposed Motion for Independent Medical Examination is GRANTED and Plaintiff Catherine Gant shall appear for such independent medical examination, and to cooperate in such examination scheduled for August 15, 2007 at 10:00 a.m. with Dr. I. Stephen Davis at his office located at 2460 W. 26th Avenue, Suite 230, Denver, Colorado 80231.

DONE this 18th day of July, 2007.

                                BY THE COURT:

                                s/Richard P. Matsch

                                _____

                                Richard P. Matsch, Senior District judge