IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 06-cv-02480-RPM

CATHERINE A. GANT and
HAROLD D. GANT,

    Plaintiff,

vs.

JUSTIN MECKLIN;
CHERYL LOVELAND, and
ST. LUKE'S METHODIST CHURCH OF LUBBOCK TEXAS
a/ka ST. LUKE'S UNITED METHODIST CHURCH OF LUBBOCK TEXAS,

    Defendants.

## ORDER OF DISMISSAL

Pursuant to the notice of settlement, filed by plaintiffs' counsel informing that the issues in this civil action have been resolved by mediation it is

ORDERED that this civil action is dismissed.

Dated: October 12th, 2007

                BY THE COURT:

                s/ Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge